```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
IRONSHORE INDEMNITY INC.,                             :
                                                      :
                         Plaintiff,                   :
                                                      :                20-CV-978 (VSB)
        -against-                                     :
                                                      :                     **ORDER**
SYLVIA WONG, et al.,                                  :
                                                      :
                         Defendants.                  :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Pursuant to my June 16, 2021 Order, (Doc. 68), Defendants and third-party Defendant in this matter have submitted letters explaining the circumstances of the delay in executing the settlement agreement informing the court when the parties anticipate executing the settlement and issuing the remaining settlement payments. (Docs. 69–72.) Accordingly, it is hereby:

ORDERED that the Defendants and third-party Defendant shall execute the settlement and issue the settlement payments by July 8, 2021.

IT IS FURTHER ORDERED that the parties shall submit a joint letter notifying the court of the status of the settlement execution and payment by July 8, 2021.

SO ORDERED.

Dated: June 24, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge